# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| GREGORY CARL MORSE | § | |
| | § | Civil Action No. 4:16-CV-279 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| DITECH FINANCIAL, LLC, DITECH FINANCIAL, LLC, NA | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 14, 2017, the report of the Magistrate Judge (Dkt. #128) was entered containing proposed findings of fact and recommendations that Defendant Ditech Financial, LLC's Motion to Dismiss (Dkt. #55) be denied as moot.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Ditech Financial, LLC's Motion to Dismiss (Dkt. #55) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.
SIGNED this 21st day of September, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE